954

*loff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Walter Akerman, Jr.* for the United States, respondent. .

No. 640. HEMPHILL, EXECUTOR, *v.* WABASH RAILROAD Co. C. A. 7th Cir. Certiorari denied. *Thomas Sweeney* and *Omer Poos* for petitioner. *Lee William Ensel* for respondent. .

No. 646. HAMME ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Stanley Worth, Edward S. Smith, J. Gilmer Körner, Jr., Richard S. Doyle, Monte Appel* and *Jules G. Körner, III,* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Elmer J. Kelsey* for respondent. .

No. 677. WILSON, EXECUTOR, ET AL. *v.* SIMLER. C. A. 10th Cir. Certiorari denied. *Fred E. Suits* and *John B. Dudley* for petitioners. *Leslie L. Conner* and *Charles W. Conner* for respondent. .

No. 571. BLOEDORN, EXECUTRIX, *v.* UNITED STATES. Petition for writ of certiorari to the Court of Claims denied for the reason that application therefor was not made within the time provided by law. *Edgar J. Goodrich, Lipman Redman* and *George S. Elmore* for petitioner. *Solicitor General Sobeloff* for the United States. .

No. 617. APPLEWHITE ET AL. *v.* JONES ET AL. C. A. 7th Cir. Certiorari denied. *Edmund Hatfield* for petitioners. .

No. 629. SUMTER ET UX. *v.* SHEFFIELD ET AL. C. A. 5th Cir. Certiorari denied. Petitioners *pro se.* *W. Carloss Morris, Jr.* for Morris et al., respondents. .